**DISMISS and Opinion Filed June 27, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00422-CV

## IN THE INTEREST OF A.M., A CHILD

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 109355-422**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

On May 7, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because this Court lacks jurisdiction over the direct appeal of a contempt order. We directed appellant to file a letter brief addressing our jurisdictional concern no later than May 20, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

240422F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.M., A CHILD

No. 05-24-00422-CV

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas

Trial Court Cause No. 109355-422. Opinion delivered by Chief Justice Burns. Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered June 27, 2024